No. 417. REED v. OCCIDENTAL BUILDING & LOAN ASSN. ET AL. October 17, 1932. Petition for writ of certiorari to the Supreme Court of Nebraska, and motion for leave to proceed further *in forma pauperis*, denied. *Gertrude D. Reed, pro se.* No appearance for respondents. ▮

No. 236. WILSON ET AL. v. UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Husty* v. *United States*, 282 U. S. 694, 702; *David* v. *United States*, 283 U. S. 859. *Messrs. John J. Bouhan* and *E. H. Abrahams* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Paul D. Miller, Mahlon D. Kiefer,* and *W. Marvin Smith* for the United States. ▮

No. 203. PHILIP CAREY MFG. CO. v. DEAN, FORMER COLLECTOR. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Edward J. Brunenkant* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, Norman D. Keller,* and *Wm. H. Riley, Jr.,* for respondent. ▮

No. 204. SCHEURHOLZ v. ROACH. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. M. J. Fulton* and *Holmes Hall* for petitioner. *Mr. S. L. Sinnott* for respondent. ▮

No. 205. ANSARDI v. UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Herve Racivitch*